IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PORFIRIO ALEXANDER SUAREZ, and<br>KLEDYBER GABRIEL DIAZ-RIVAS,<br><br>Defendants. | CR-25-34-GF-BMM-03<br>CR-25-34-GF-BMM-04<br><br><br>ORDER |

The United States of America moves the Court to dismiss counts 3 and 4 of the indictment. Counts 3 and 4 separately charge defendants Porfirio Suarez and Kledyber Dias-Rivas with the crime of illegal entry by an alien, in violation of 8 U.S.C. § 1325. The United States represents that it has determined venue for those offenses is not proper in the District of Montana. The motion in unopposed.

The Court finds that there is good cause for the motion. Accordingly,

IT IS HEREBY ORDERED that counts 3 and 4 of the indictment against Porfirio Suarez and Kledyber Diaz-Rivas are DISMISSED without prejudice.

Dated this 9th of April 2025

_____
Brian Morris, Chief District Judge
United States District Courts